# UNITED STATES DISTRICT COURT

## Western District of Missouri

JUDGMENT IN A CIVIL CASE

Kathryn Owens

    v.    Case Number - 06-5036-CV-SW-WAK

Jo Anne B Barnhart.

\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

-    by order of January 26, 2007, that the decision of the Commissioner is reversed and the case is remanded to the Commissioner under Sentence 4, 42 U.S.C. 405(g), for further development of the record and reconsideration.

ENTERED ON: January 26, 2007

January 26, 2007
Date

    Patricia L. Brune
    Clerk

    /s/ J Russel
    J Russel
    (By) Deputy Clerk